Allison Schmidt, Esq. (10743)
GHIDOTTI | BERGER  LLP
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
aschmidt@ghidottiberger.com

Attorneys for Creditor
Carvana, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| In Re: | ) | Case No.: 20-11433-abl |
|---|---|---|
| ASHLEY HAN MIYAZAKI, | ) ) ) | CHAPTER 7 |
| Debtors. | ) ) | **REQUEST FOR SPECIAL NOTICE** |

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that GHIDOTTI | BERGER, attorneys for Carvana, LLC hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as

required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

GHIDOTTI | BERGER, LLP requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Allison Schmidt, Esq. (10743)
GHIDOTTI | BERGER  LLP
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
aschmidt@ghidottiberger.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.     Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

/ / /

/ / /

/ / /

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

                                                GHIDOTTI | BERGER  LLP

Dated:  May 14, 2020                      By: /s/ Allison Schmidt  
                                                  Allison Schmidt, Esq. (10743)  
                                                  8716 Spanish Ridge Avenue, #115  
                                                  Las Vegas, NV 89148  
                                                  Tel: (949) 427-2010  
                                                  Fax: (949) 427-2732  
                                                  aschmidt@ghidottiberger.com  
                                                  Carvana, LLC

## **CERTIFICATE OF SERVICE**

On May 14, 2020, I served the foregoing documents described as Request for Notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
SETH D BALLSTAEDT    help@bkvegas.com

TRUSTEE
BRIAN D. SHAPIRO    brian@trusteeshapiro.com

US TRUSTEE
US Trustee    USTPRegion17.LV.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On May 14, 2020, I served the foregoing documents described as Request for Notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor<br>ASHLEY HAN MIYAZAKI<br>9925 W. RUSSELL RD. #2024<br>LAS VEGAS, NV 89148 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll