

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 23, 2020

___

1  Allison Schmidt, Esq.
   Nevada State Bar # 10743
2  GHIDOTTI BERGER, LLP
   8716 Spanish Ridge Ave., #115
3  Las Vegas, NV 89148
   Tel: (949) 427-2010
4  Fax: (949) 427-2732
   Email: aschmidt@ghidottiberger.com
5
6  Attorney for Secured Creditor
   Carvana, LLC, its successors and assigns
7
8
9            IN THE UNITED STATES BANKRUPTCY COURT
             DISTRICT OF NEVADA – LAS VEGAS DIVISION
10
11                                    CASE NO.: 20-11433-abl
                                      Chapter 7
12    In re:
                                      **ORDER GRANTING MOTION FOR
13   ASHLEY HAN MIYAZAKI,              RELIEF FROM THE AUTOMATIC STAY**
14              Debtor.                ("2015 Nissan SENT SV,
                                       VIN#3N1AB7AP4FL696332")
15
16                                     Date: 6/17/2020
17                                     Time: 10:30 a.m.
18
19
20
21
                              Page 1
22  Order Granting Relief from the Automatic Stay                 20-11433-abl
23

Carvana, LLC ("**Movant**" or "**Creditor**"), through undersigned counsel, applied for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with a vehicle described as a 2015 Nissan SENT SV, VIN#3N1AB7AP4FL696332 ("**Vehicle**").  A hearing came before the Honorable AUGUST B. LANDIS on June 17, 2020:

**IT IS THEREFORE ORDERED** that:

1. Creditor is granted relief from the automatic stay provisions of 11 U.S.C. 362 to permit Creditor, and Creditor's successors and assigns to continue all acts necessary to secure possession of the 2015 Nissan SENT SV, VIN#3N1AB7AP4FL696332 and sell the 2015 Nissan SENT SV, VIN#3N1AB7AP4FL696332  in a commercially reasonable manner without further Hearing before this Court pursuant to applicable state law proceed;

2. Fed.R.Bankr.P., Rule 4001(a)(3) be waived and the stay terminate upon entry of the order;

3. This Order is binding and effective despite any conversion of this case.

Respectfully submitted this 18th day of June 2020.

SUBMITTED BY:

By: /s/ Allison Schmidt
Allison Schmidt, Esq., Nevada State Bar # 10743
Attorney for Movant

In accordance with LR 9021, counsel for Movant hereby certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

 X   No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.